NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


DANIEL A. ROCHA,                    )
                                    )
            Appellant,              )
                                    )
v.                                  )        Case No. 2D17-4830
                                    )
STATE OF FLORIDA,                   )
                                    )
            Appellee.               )
_____ )

Opinion filed May 9, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Sarasota County; Thomas W. Krug, Judge.

Daniel A. Rocha, pro se.


PER CURIAM.


            Affirmed.


VILLANTI, LUCAS, and SALARIO, JJ., Concur.